IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR.,<br><br>     Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA AT ALAMEDA COUNTY,<br><br>     Defendant.<br>_____/ | No. C 14-02583 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION** |

On June 30, 2014, Magistrate Judge Elizabeth D. Laporte issued a Report and Recommendation, in which she recommended that Plaintiff's complaint be dismissed without leave to amend because it appears that Plaintiff can make no cognizable claims relating to state judges acting in their judicial capacity. Plaintiff has not filed an objection to the Report and Recommendation within the time required by Federal Rule of Civil Procedure 72. The Court has reviewed Magistrate Judge Laporte's Order and finds it thorough and well reasoned. Accordingly, Court adopts Magistrate Judge Laporte's Report and Recommendation that Plaintiff's complaint be dismissed without leave to amend. A separate judgment shall issue and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 21, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHANNON O. MURPHY SR.,

    Plaintiff,

 v.

SUPERIOR COURT OF CALIFORNIA AT ALAMEDA COUNTY et al,

    Defendant.

Case Number: CV14-02583 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon O. Murphy
2 Marina Blv., Suite #15-B5
Pittsburg, CA 94565

Dated: July 21, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk